COURT OF APPEALS

EIGHTH DISTRICT OF
TEXAS

EL PASO, TEXAS

 


 
 
  
 ISIDRO GRAU AND GRISELDA B. GRAU,
  
                             Appellants,
  
 v.
  
 GOVERNMENT EMPLOYEES CREDIT UNION – “GECU,”
  
                            
 Appellee.
 
 
  
   '
     
   '
     
   '
     
   '
     
   '
     
  '
 
  
 
 
  
  
                   No. 08-12-00168-CV
  
 Appeal from the
  
 41st
 District Court
  
 of El
 Paso County, Texas
  
 (TC# 2010-3663)
  
 
 


                                                     MEMORANDUM
OPINION

            Pending
before the Court is an agreed motion to dismiss Appellants’ appeal.  Tex.
R. App. P. 42.1(a).  The parties
represent to the Court that all matters involved in the appeal have been fully
and finally compromised and settled.

            We have
considered the motion and conclude that the motion should be granted.  We therefore dismiss the appeal with prejudice.  The
parties have agreed that costs are to be paid by the party incurring those
costs as set forth in the settlement agreement. 
See Tex. R. App. P. 42.1(d).

                                                                        GUADALUPE
RIVERA, Justice

October 31, 2012

 

Before McClure, C.J., Rivera, J., and Antcliff, J.